**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JAY COLLIER,

                        Plaintiff,                 18 **CIVIL** 8936 (SLC)

          -against-                                **JUDGMENT**

NANCH A. BERRYHILL, acting commissioner of
Social Security,
                      Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 17, 2020, the Commissioner's motion ECF No. 16 is granted and the Plaintiff's motion ECF no.14 is denied; accordingly, this case is closed.

**Dated:** New York, New York
           March 18 2020

                                                         **RUBY J. KRAJICK**
                                                          _____
                                                          **Clerk of Court**
                                   **BY:**
                                                          _____
                                                          **Deputy Clerk**